UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――X
FRANKLIN LANDAETA and PEDRO
YAMAIQUER SANABRIA
    *Plaintiffs*,

Case No: 24-cv-05319

**STIPULATION OF DISMISSAL**

-against-

5009 6TH AVE SUPERMARKET INC. d/b/a
CITY FRESH MARKET, BIENVENIDO
DEJESUS NUNEZ A/K/A BIENENIDO , and
ERNESTO RODRIGUEZ
    *Defendants*.
―――――――――――――――――――――――――――――X

    **WHEREAS**, the Court having reviewed the submissions of counsel, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

    **NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiffs' claims pursuant to the Fair Labor Standards Act of 1938 and New York Labor Law, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

    2.    The settlement agreement is approved as a fair and reasonable disposition of the Plaintiffs' claims;

    3.    This action, including all claims asserted by the Plaintiffs herein, is hereby dismissed with prejudice, without costs to either party as against the other, as to all claims, causes of action, and Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

    4.    Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise expressly agreed in writing by the parties; and

5. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated:   Brooklyn, New York
         September 10, 2025

**Law Office of Johanna Sanchez PLLC**
**1178 Broadway**
**Ste 3848**
**New York, NY 10001**
**917-227-0078**
**Email: johanna@jsanchezpllc.com**

36-36 33rd Street
Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiffs*


S/ James R. Cho
_____

11